# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ALFONSO LORENZO BROOKS,

                Plaintiff,

v.

C.O. TYLER and C.O. COPELAND,

                Defendants.

Case No. 16-CV-1393-JPS

**ORDER**

On March 27, 2017, Plaintiff filed a motion, captioned "Motion for Court Order," asking that the Court "request the defense to help retrieve any and all documentation" of the incident underlying his complaint. (Docket #20). The Court cannot provide this assistance. The Court does not involve itself directly in the discovery process, fashioning appropriate discovery requests for one party to direct to another. The motion must, therefore, be denied. The Court encourages Plaintiff to review the litigation guides it provided with the January 23, 2017 trial scheduling order for information on conducting discovery.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for court order (Docket #20) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge